ACCEPTED
03-13-00025-CV
7964490
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 10:19:49 AM
JEFFREY D. KYLE
CLERK

No. 03-13-00025-CV

In the Third Court of Appeals

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 10:19:49 AM
JEFFREY D. KYLE
Clerk

**Jerry Scarbrough, *et al***
**Appellant**

**v.**

**Helen Purser, *et al.***
**Appellee**

---

## On Appeal from the 146th Judicial District Court of Bell County, Cause No. 236,117-B

---

UNOPPOSED

MOTION FOR LEAVE TO FILE

POST-SUBMISSION BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

1.

This case was presented to Chief Justice Rose and Justices Field and Borland on October 22, 2015. Jerry Scarbrough, Melissa Deaton and Denise Steele Pierce are the appellant/third-party defendants. Helen Purser, Bubba Purser, Elizabeth Purser Tipton, Sue E. Van Zanten, and JoAnn Purser (the "Purser Family") are the appellees/third-party plaintiffs.

2.

On November 12, 2015, counsel for the Pursers filed a post-submission brief, to answer questions the panel had asked both counsel. Counsel for the third-party defendants now asks for leave to also answer these questions that were asked of both parties. Counsel for the Purser Family does not object to the granting of leave to file.

3.

There have been no prior post-submission briefs in this case except for Mr. Moore's submission for the Purser family. It would skew the presentation of this case if these post-submission briefs were not allowed, because the time allotted to argument was not enough to properly answer all questions and address all major issues.

## CONCLUSION & PRAYER

Filing of this post-submission brief is unopposed by counsel for the Pursers. These briefs are not particularly long, but allow the justices' questions to be answered.

WHEREFORE, PREMISES CONSIDERED, the third-party defendants ask this Court for Leave to File Third-Party Defendants' Post-submission Letter Brief and for such other and further relief as may be just.

Respectfully submitted,

_____/s/ MB CHIMENE_____

THE CHIMENE LAW FIRM
Michele Barber Chimene
TBN 04207500
2827 Linkwood Dr.
Houston, TX. 77025
PH: 832 940-1471; no fax
michelec@airmail.net

## CERTIFICATE OF CONFERENCE

Counsel for the third party defendants has attempted to reach Daryl Moore, counsel for the Purser Family and he has emailed me that he is not opposed, as witnessed by this signature.

_____/s/ MB CHIMENE

## CERTIFICATE OF SERVICE

The undersigned certifies that on 11/23/15 she served a true and correct copy of this Motion to Mr. Daryl Moore by email.

_____/s/ MB CHIMENE_____